■ In the Matter of RICHARD D. EMANUEL, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and JOHN BYRON, Intervenor-Respondent.— In a proceeding by a landlord under article 78 of the Civil Practice Act, to review determinations of the State Rent Administrator made December 10, 1959, and August 19, 1960, that the subject apartment is not exempt from control, the landlord appeals from: (1) an order of the Supreme Court, Kings County, dated October 19, 1960, denying his petition and dismissing the proceeding; and (2) an order of said court (described in the notice of appeal as an "intermediate order"), dated August 5, 1960, remitting the proceeding to the State Rent Administrator for further consideration. Order dated October 19, 1960, affirmed, without costs. No opinion. Appeal from order dated August 5, 1960, dismissed, without costs. Since the subsequent application to review the determination following the remission, was a new and independent proceeding, the order of remission dated August 5, 1960, was a final determination and appealable (*Matter of Bornscheuer* v. *Corbett*, 6 A D 2d 835, affd. 5 N Y 2d 973; cf. *Matter of North Amer. Holding Corp.* v. *Murdock*, 6 A D 2d 596). The notice of appeal herein is dated October 19, 1960, hence it is not timely with respect to said order. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of MANOR PARK DEVELOPMENT, INC., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— In consolidated proceedings to review assessments on real property for the tax years 1950–51, 1951–52, 1952–53 and 1953–54, the petitioner appeals from a final order of the Supreme Court, Queens County, dated November 17, 1954, and entered December 7, 1954, dismissing the petitions on the merits and confirming the assessments, after a nonjury trial. Order affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of HILDA S. ROGERS et al., Respondents, v. ROBERT P. WITTENSTEIN, Appellant.— In a proceeding pursuant to section 110-a of the Civil Practice Act, to remove to the Supreme Court, Westchester County, an action now pending in the City Court of the City of New York, Bronx County, by the female petitioner to recover damages for personal injuries sustained by her in an automobile accident, and by the male petitioner, her husband, to recover damages for medical expenses and loss of services, the defendant in said action appeals from an order of the Supreme Court, Westchester County, dated October 10, 1960, granting petitioners' application for such removal and for leave to amend the complaint so as to allege $100,000 damages for the wife, and $10,000 damages for the husband. The granting of the application was upon condition that the wife submit to a further physical examination by a physician of defendant's choosing, if defendant so desire. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.